

FILE COPY

RE: Case No. 15-0529                    DATE: 7/21/2015
    COA #: 12-13-00379-CV      TC#: 12-2467-C/B
STYLE: MARTHA N. HILL AND GARY HILL
    v. WINNON EARL SWORD

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under Tex. R. App. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 26, 2015**.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX  75702